

FILED
CLERK, U.S. DISTRICT COURT

DEC 2 6 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS O'CONNOR LATTIMORE,<br><br>Defendant. | Case No.  2:14-CR-000 22-JAK<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

## I.

On December 21, 2018,  Defendant Louis O'Connor Lattimore ("Defendant") appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter.   Defendant was represented by Deputy Federal Public Defender Pedro Castillo.

///
///
///
///

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that:

A.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

- Criminal history;
- History of warrants and failures-to-appear;
- Current violation of probation;
- Insufficient bail resources;
- Use of multiple aliases, social security numbers and dates of birth.

B.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

- History of violent crimes, including firearms
- Substance abuse history and failure to participate in rehabilitation program;
- Possession of firearm while on probation.

///
///
///
///

2

III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: December 26, 2018

_____/s/_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

3